THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO ANTHONY LOZITO, Appellant.— Judgment of the Supreme Court, Queens County, rendered December 17, 1965, affirmed. In our opinion the sentence imposed was not excessive. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MACK, Appellant.— Judgment of the County Court, Nassau County, rendered April 21, 1967, affirmed. No opinion. The order of said court dated September 30, 1966 has been reviewed on the appeal from the judgment. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE JOSEPH McKIE, Appellant.— Judgment of the County Court, Nassau County, rendered March 10, 1967, affirmed. No opinion. The order of said court dated January 27, 1967 has been reviewed on the appeal from the judgment. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGEL MENDEZ, Appellant.— Judgment of the Supreme Court, Kings County, rendered March 25, 1966 upon a jury verdict, reversed, on the law and in the interests of justice, and new trial ordered. The findings of fact below are affirmed. The District Attorney concedes, and we agree, that the prosecutor's comments during summation, *inter alia,* tended to introduce divisive issues and inaccurate references to the testimony adduced, which may well be considered to have been cumulatively prejudicial and to have deprived defendant of a fair evaluation of the facts by the jury. Under the circumstances, we conclude that defendant should, in the interests of justice, be accorded a new trial. Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.